**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 22-7548-JFW(JCx)** | Date: May 30, 2023 |

Title: Michael Kelley -v- Image Locations, Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

In the Court's Scheduling and Case Management Order ("CMO") (Docket No. 23) and the Order Vacating Scheduling Conference, Referral to Private Mediation, and Dismissing Any Unserved Doe Defendants (Docket No. 22), the Court set May 22, 2023 as the last day to complete ADR Procedure No. 3 (Private Mediation) and May 26, 2023 as the last day to file a Joint Report Re: Results of Settlement Conference.  The parties have violated the Court's CMO by failing to complete the private mediation by the Court-ordered deadline of May 22, 2023. Although the parties filed a Status Report Re: Settlement by the Court-ordered deadline of May 26, 2023, the parties appear to have only conducted informal settlement negotiations over the telephone and do not appear to have participated in or completed the private mediation.

Accordingly, the parties are ordered to show cause in writing by June 2, 2023 why the Court should not impose sanctions in the amount of $2,500.00 against each lead counsel for violating the Court's CMO.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.